UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN BURTON,<br><br>                        Plaintiff,<br><br>   vs.<br><br>JAMES R. SWEETER and KEN KATO,<br><br>                      Defendants. | NO. CV-11-071-LRS<br><br>ORDER DISMISSING ACTION |

By Order filed March 22, 2011, the court denied Plaintiff's application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(g), and directed him to pay the filing fee within twenty one (21) days. Mr. Burton did not comply with this directive and has filed nothing further in this action.

Accordingly, **IT IS ORDERED** this action is dismissed for failure to pay the filing fee as required by 28 U.S.C. § 1914(a).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, enter judgment, forward a copy to Plaintiff, and close the file.

**DATED** this  3rd  day of May, 2011.

*s/Lonny R. Suko*
-----------------------------
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION -- 1